UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC.,

Plaintiff,

v.

CHOCKALINGAM SUSILA ASHOK,

Defendant.

Civil Action No. 24-8731 (MAS) (JBD)

**ORDER**

This matter comes before the Court upon the Guardian Insurance & Annuity Company, Inc.'s ("GIAC" or "Plaintiff") unopposed Motion for Default Judgment against Defendant Chockalingam Susila Ashok ("Defendant"). (ECF No. 10.) The Court has carefully reviewed Plaintiff's submission and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons outlined in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS**, on this 4th day of August 2025, **ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment (ECF No. 10) is **GRANTED**.

    a. The life insurance policy issued to Hariharan Ashok, with an issue date of October 3, 2022 (the "Policy"), is hereby rescinded, *ab initio*.

    b. Within ninety (90) days of entry of this Order, GIAC shall tender any premiums paid on the Policy to Defendant.[1]

    c. By tendering the premiums paid on the Policy to Defendant, GIAC is hereby discharged from any liability whatsoever under the Policy.

---

[1] Plaintiff states it is "ready and willing to tender all premiums paid by the Insured to Ashok and will seek leave to deposit the premiums in the registry of this Court." (Compl. ¶ 37, ECF No. 1.)

2.  Plaintiff's request for costs and attorneys' fees expended in prosecuting this action is **DENIED WITHOUT PREJUDICE**.

3.  To the extent that Plaintiff continues to seek costs and attorneys' fees, Plaintiff shall file a motion in support of same within thirty (30) days of entry of this Order.

4.  Plaintiff shall serve a copy of this Order and the accompanying Memorandum Opinion upon Defendant and shall e-file proof of service.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE